**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**Appellate Court Case No. 26-1757**

PREPARED FOOD PHOTOS, INC.,
f/k/a Adlife Marketing & Communications Co., Inc.

      Plaintiff-Appellee,

v.

SHARIF JABER,

      Defendant-Appellant.

---

## <u>DEFENDANT-APPELLANT'S DOCKETING STATEMENT</u>

Defendant-Appellant, Sharif Jaber, by and through his attorney, Griffin Klema, Esq., and pursuant to 7th Cir. R. 3(c) submits this docketing statement:

1. Plaintiff Prepared Food Photos, Inc., is a Florida profit corporation which has its principle place of business in Florida. It filed a two-count complaint for copyright infringement in the United States District Court for the Eastern District of Wisconsin, asserting one claim of direct infringement against Nofal, LLC, and one claim of vicarious infringement against Sharif

Jaber, individually.[1] The United States District Court for the Eastern District of Wisconsin had federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. The action proceeded to a trial on October 28, 2024, with the jury returning a verdict of $200 in actual damages[2] on Count I against Nofal, LLC, and a verdict of no liability as to Jaber. DE 50.

3. Prepared Food Photos then moved for attorney's fees and costs, as did Jaber.[3] Without a hearing, on March 18, 2026, the Court entered an order denying both parties' competing motions for fees and costs, concluding that there was no prevailing party. Order, DE 89.

4. Jaber timely filed his notice of appeal on April 13, 2026, as to that post-judgment fees order. DE 90. No other matters remain pending before the District Court.

5. This Court has jurisdiction over this appeal from a final order pursuant to 28 U.S.C. § 1291.

---

[1] Via a second amended complaint, DE 19.
[2] Which Prepared Food Photos elected rather than the alternative $1,000 in statutory damages also awarded by the jury. *See* DE 52.
[3] After Jaber requested and received an extension of time *nunc pro tunc* to file his motion. *See* Order, DE 81.

6. Other than the lower court proceeding, there are no related proceedings between the parties, either in the district or appellate courts.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**KLEMA LAW, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I hereby certify that a true and correct copy of the foregoing was served by email, pursuant to Fed. R. Civ. P. 5(b)(2) and 7th Cir. R. 3(c) on April 14, 2026, on all counsel or parties of record on the Service List below.

/s/ Griffin Klema
Griffin C. Klema, Esq.

**Service List**

Daniel DeSouza, Esq.
Florida Bar No. 19291
**COPYCAT LEGAL PLLC**
3111 N. University Drive, Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
hthomas@desouzalaw.com
pleadings@copycatlegal.com

Austin B. Borton, Esq.
austin@jeffreyleavell.com
sharon@jeffreyleavell.com
Jeffrey L. Leavell, Esq.
jeff@jeffreyleavell.com
lawclerk@jeffreyleavell.com
**JEFFREY & BORTON** SC
723 S. Main Street
Racine, WI 53403
Telephone: (262) 633-7322
Fax: (262) 633-7323

*Attorneys for Plaintiff-Appellee*

Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**KLEMA LAW, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

*Counsel for Defendant-Appellant*