# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 24, 2026

| | |
|---|---|
| Nos. 26-1757 & 26-1859 | PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc.,<br>    Plaintiff – Appellee / Cross – Appellant<br>v.<br><br>SHARIF JABER,<br>    Defendant – Appellant / Cross - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00642-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. Defendant shall file an opening brief and required short appendix in the main appeal docketed as No. 26-1757 on or before May 29, 2026.

2. Plaintiff shall file a combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed as No. 26-1859 on or before June 29, 2026.

3. Defendant shall file a reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before July 29, 2026.

4. Plaintiff shall file a reply brief, if any, in the cross-appeal on or before August 19, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)