# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

## ORDER: Circuit Rule 33 - Briefing

April 28, 2026

<table>
<tr><td rowspan="2">Nos. 26-1757 & 26-1859</td><td>PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc.,<br>          Plaintiff – Appellee / Cross - Appellant<br>v.<br><br>SHARIF JABER,<br>          Defendant - Appellant / Cross - Appellee</td></tr>
<tr><td colspan="2"><b>Originating Case Information:</b></td></tr>
<tr><td colspan="2">District Court No: 2:22-cv-00642-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller</td></tr>
</table>

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:


1. Defendant shall file an opening brief and required short appendix in the main appeal docketed as No. 26-1757 on or before June 22, 2026.

2. Plaintiff shall file a combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed as No. 26-1859 on or before July 22, 2026.

3. Defendant shall file a reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before August 21, 2026.

4. Plaintiff shall file a reply brief, if any, in the cross-appeal on or before September 11, 2026.


Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**    (form ID: **193**)