# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 15, 2026

Before

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| Nos. 26-1757 & 26-1859 | PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc., |
|---|---|
| | Plaintiff – Appellee, Cross – Appellant, |
| | v. |
| | SHARIF JABER, |
| | Defendant – Appellant, Cross – Appellee |
| | and |
| | NOFAL, LLC, |
| | Defendant – Cross – Appellee. |

| **Originating Case Information:** |
|---|
| District Court No: 2:22-cv-00642-JPS |
| Eastern District of Wisconsin |
| District Judge J. P. Stadtmueller |

The following are before the court:

1. **MOTION TO REALIGN THE BRIEFING SCHEDULE AND MOTION TO EXTEND THE TIME TO FILE THE INITIAL BRIEF**, filed on June 10, 2026, by counsel for the defendants.

2. **PREPARED FOOD PHOTOS' MEMORANDUM IN OPPOSITION TO MOTION TO REALIGN THE BRIEFING SCHEDULE**, filed on June 11, 2026, by counsel for the plaintiff.

3. **REPLY IN SUPPORT OF THEIR MOTION TO REALIGN THE BRIEFING SCHEDULE AND MOTION TO EXTEND THE TIME TO FILE THE INITIAL BRIEF**, filed on June 11, 2026, by counsel for the defendants.

-over-

**IT IS ORDERED** that the motion to realign the parties is **DENIED**.

**IT IS FURTHER ORDERED** that the request for an extension of time is **GRANTED**. Briefing will proceed as follows:

1. Defendant Sharif Jaber shall file an opening brief and required short appendix in the main appeal docketed as No. 26-1757 on or before July 22, 2026.

2. Plaintiff shall file a combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed as No. 26-1859 on or before August 21, 2026.

3. Defendants shall file a combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before September 21, 2026.

4. Plaintiff shall file a reply brief, if any, in the cross-appeal on or before October 13, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).