# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 3, 2026

*Before*
DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| Nos. 26-1757 & 26-1859 | PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc.,<br> Plaintiff – Appellee/Cross – Appellant<br><br>v.<br><br>SHARIF JABER,<br> Defendant – Appellant/Cross – Appellee |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00642-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

Upon consideration of the **MOTION OF POOL WORLD, INC. AND NATIONAL FORUM LLC D/B/A NATIONAL LAW REVIEW FOR LEAVE TO FILE AS AMICI CURIAE**, filed on July 29, 2026, by counsel for the amici curiae,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that movants may file, on or before August 10, 2026, an amici curiae brief that complies with this court's rules. Specifically, the brief must contain signed disclosure statements for each attorney listed on the cover of the brief. *See* Fed. R. App. P. 26.1, 29(a)(4)(A); Cir. R. 26.1. No changes to the substance of the brief will be permitted.

form name: **c7_Order_3J**    (form ID: **177**)