IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Appellate Court Case No. 26-1757
Appellate Court Case No. 26-1859
District Court Case No. 2:22-cv-00642-JPS

PREPARED FOOD PHOTOS, INC.
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

Plaintiff-Appellee and Cross-Appellant,

v.

NOFAL, LLC d/b/a FOOD TOWN MART
and SHARIF JABER,

Defendants-Appellants and Cross-Appellees.

---

**PREPARED FOOD PHOTOS' *UNOPPOSED* MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE/OPENING BRIEFS**

Plaintiff-appellee and cross-appellant Prepared Food Phots, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Prepared Food Photos") hereby files this *unopposed* motion for a one (1) week extension of time to file its combined response brief in the main appeal (26-1757) and opening brief in the cross-appeal (26-1859), and states as follows:

1. Pursuant to the Court's June 15, 2026 Order [D.E. 13], appellant Sharif Jaber's ("Jaber's") opening brief was to be filed on or before July 22, 2026 and Prepared Food Photos' response/opening brief was to be filed on or before August 21, 2026.

2. Prepared Food Photos requests a brief, one (1) week extension (i.e., until August 28, 2026) to file its combined response/opening brief.

3. Prior to filing this motion, undersigned counsel conferred with counsel for Jaber/appellee Nofal, LLC (Mr. Klema) who did not oppose the requested extension.

4. The reason for the requested extension of time is existing professional obligations of undersigned counsel that have prevented undersigned counsel from being able to complete the combined brief by the current deadline. Such obligations include an August 20, 2026 full-day preliminary injunction hearing in Stellar Global Trading Inc v. Foot Fashion Inc. et al., Case No. 0:26-cv-60019 (S.D. Fla.) (an initial hearing on which took place on July 22, 2026) at which multiple witnesses are expected to testify and undersigned counsel has been dedicating substantial effort given the nature of the matter involving alleged fraud with respect to the purchase of millions of dollars of certain products.

5. Further, during the week of August 3, 2026, undersigned counsel was called to a jury trial (notified of such at calendar call on July 30, 2026) in Elmer Barrientos et al. v. 1010 Brickell Condominium Association, Inc. et al., Case No. 2024-008517-CA-01 (Cir. Ct. Miami-Dade Cty.) and, following such trial, has been actively engaged in preparing post-trial motions with jurisdictional deadlines approaching within the next few days.

6. Given the above-described professional endeavors, as well as various others, Prepared Food Photos respectfully requests that the Court grant an extension until August 28, 2026 for the filing of its combined response/opening brief.

**WHEREFORE**, for the foregoing reasons, Prepared Food Photos respectfully requests that the Court enter an Order: (a) granting this Motion; (b) extending the deadline for Prepared Food Photos to file its response/opening brief until August 28, 2026; and (c) for such further relief as the Court deems proper.

Respectfully submitted,

Dated: August 19, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza______
Daniel DeSouza, Esq.

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 412 words, excluding the parts exempted by Rule 32(f) and the typeface and type style requirements of 7th Cir. R. 32 because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, 12-point font.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, the foregoing document was served via e-mail on all counsel or parties of record to this appeal.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.