# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 20, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1757 & 26-1859 | PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc.,<br>Plaintiff – Appellee, Cross – Appellant,<br>v.<br>SHARIF JABER,<br>Defendant – Appellant, Cross – Appellee. |
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00642-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/OPENING BRIEFS**, filed on August 19, 2026, by counsel for the plaintiff,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. Plaintiff shall file a combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal docketed as No. 26-1859 on or before August 28, 2026.

2. Defendants shall file a combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before September 28, 2026.

3. Plaintiff shall file a reply brief, if any, in the cross-appeal on or before October 19, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).