# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 1, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1757 & 26-1859 | PREPARED FOOD PHOTOS INC., f/k/a Adlife Marketing & Communications Co. Inc.,<br>Plaintiff – Appellee, Cross - Appellant<br>v.<br>SHARIF JABER,<br>Defendant – Appellant, Cross - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:22-cv-00642-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller |

The jurisdictional statement in the brief of plaintiff-appellee/cross-appellant does not comply with Circuit Rule 28(a), which requires that an appellant identify the basis of both the district court's jurisdiction and this court's jurisdiction. Plaintiff is an appellant and so must provide this information in its brief. *See* Fed. R. App. P. 28.1(c)(2).

Regardless, the jurisdictional statement fails to comply with Circuit Rule 28(b) even insofar as plaintiff is an appellee. That rule requires an appellee to provide a jurisdictional statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary." It is insufficient to assert that appellant's statement is "generally" complete and correct. Either appellant's statement is both complete and correct, or it is not, and if it is not then an appellee is obligated to provide its own complete summary. Accordingly,

IT IS ORDERED that plaintiff-appellee/cross-appellant shall file an amended jurisdictional statement on or before September 8, 2026, that provides the omitted information noted above and otherwise complies with all the requirements of Circuit Rule 28(a) and Circuit Rule 28(b).

IT IS FURTHER ORDERED that the clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and plaintiff's amended jurisdictional statement to the assigned merits panel.