Appellate Court Case No. 26-1757
Appellate Court Case No. 26-1859

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO. INC.

Plaintiff-Appellee and Cross-Appellant,
v.

SHARIF JABER.,

Defendant-Appellant,

NOFAL, LLC d/b/a FOOD TOWN MART

Defendant-Cross Appellee,

On Appeal from the United States District Court
For the Eastern District of Wisconsin, Case No. 2:22-cv-00642-JPS

# APPELLEE/CROSS-APPELLANT PREPARED FOOD PHOTOS, INC.'S AMENDED JURISDICTIONAL STATEMENT

**Daniel DeSouza, Esq.**
CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
*Counsel for Appellee*

Dated: August 28, 2026

**AMENDED STATEMENT OF SUBJECT MATTER AND APPELLATE JURISDICTION**

Appellant/cross-appellee Sharif Jaber's ("Jaber") Statement of Subject-Matter and Appellate Jurisdiction is correct/complete with respect to Jaber and appellee/cross-appellant Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co. Inc.'s ("Prepared Food Photos") appeal of the District Court's March 18, 2026 Order [ECF No. 89] denying (a) Prepared Food Photos' motion for attorneys' fees [ECF No 64]; (b) Jaber's motion for attorneys' fees [ECF No. 83]; (c) Prepared Food Photos' Bill of Costs [ECF No. 62]; and (d) Jaber's Bill of Costs [ECF No. 84].

In addition to the foregoing Order, Prepared Food Photos also appeals the District Court's July 2, 2025 Order [ECF No. 81] granting Jaber's motion for extension of time *nunc pro tunc* to file his motion for attorneys' fees [ECF No. 76]. The District Court had original jurisdiction over the underlying lawsuit pursuant to 28 U.S.C. §§ 1331 and 1338(a) as Prepared Food Photos had brought claims for copyright infringement arising under the Copyright Act, 17 U.S.C.§ 101 *et seq*.

On November 20, 2024, Prepared Food Photos filed a Motion for New Trial and/or to Amend Judgment [ECF No. 56]. On April 7, 2025, the District Court denied Prepared Food Photos' motion for new trial [ECF No. 61]. On April 21, 2025, Prepared Food Photos timely filed its motion for attorneys' fees [ECF No. 64]. On June 16, 2025 (approximately 2 months past the deadline for filing a motion for attorneys' fees), Jaber filed his motion for extension of time *nunc pro tunc* to file his motion for attorneys' fees [ECF No. 76]. On July 2, 2025, the District Court granted that motion for extension over Prepared Food Photos' opposition [ECF No. 81].

Jaber timely filed his notice of appeal on April 13, 2026 [ECF No. 90]. On April 22, 2026, Prepared Food Photos timely filed its cross-notice of appeal [ECF No. 94]. This Court has jurisdiction over both appeals pursuant to 28 U.S.C. § 1291 and Fed. R. App. P. 4(a)(1)(A).

Dated: September 8, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza______
Daniel DeSouza, Esq.
*Counsel for Appellee/Cross-Appellant*
*Prepared Food Photos*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and e-mailed to all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza